```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | No. 12-393-01 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER MCDANIELS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **11th** day of **June, 2014,** the following is hereby **ORDERED:**

**1)** Defendant's Motion to Strike the Testimony of Handwriting Expert Witness Lorie Gottesman (ECF No. 77) is **GRANTED**;

**2)** Ms. Gottesman's expert testimony, presented on the record at the January 30, 2014 sentencing hearing, is **STRICKEN**;

3) A **status and scheduling telephone conference** concerning outstanding matters to be resolved before Defendant's sentencing shall be held on **Tuesday, July 1, 2014, at 2:00 p.m.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

---

[1] The Assistant U.S. Attorney shall initiate the call. Once all parties are on the line, the call should be placed the Judge's Chambers, on the date and time above, at 215-597-4073.

Case 2:12-cr-00393-ER   Document 88   Filed 06/11/14   Page 2 of 2